Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
David J. Villa

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| DAVID J. VILLA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 2:18-cv-07481-MAA<br><br>/~~PROPOSED~~/ ORDER OF DISMISSAL |

　　　The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

　　　IT IS SO ORDERED.

DATE: May 14, 2019　　　　　　　　/s/
　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　THE HONORABLE MARIA A. AUDERO
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

DATE: May 7, 2019					Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

BY: /s/ *Steven G. Rosales*
Steven G. Rosales
Attorney for plaintiff David J. Villa